# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 3/3/2023 | $10,000.00 | Services |
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 3/15/2023 | $7,752.52 | Services |
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 3/22/2023 | $45,529.36 | Services |
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 4/12/2023 | $13,252.78 | Services |
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 3/3/2023 | $31,017.46 | Services |
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 3/15/2023 | $35,770.98 | Services |
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 3/22/2023 | $40,524.50 | Services |
| RR DONNELLEY AND SONS COMPANY<br>P. O. Box 842307<br>Boston, MA 02284-2307 | Christmas Tree Shops LLC | 4/12/2023 | $45,278.01 | Services |
| Total | | | $229,125.61 | |